963 A.2d 906

Robert B. SKLAROFF, M.D., Petitioner

v.

Joel S. ARIO, Acting Insurance Commissioner for the Commonwealth of Pennsylvania, Respondent,

Highmark, Inc., Intervenor.

Capital Blue Cross, Capital Advantage Insurance Company,

v.

Pennsylvania Insurance Department, Respondent

Robert B. Sklaroff, MD, Intervenor,

Highmark, Inc., Intervenor,

Petition of Robert B. Sklaroff, MD, Intervenor.

Supreme Court of Pennsylvania.

Jan. 7, 2009.

## ORDER

PER CURIAM.

**AND NOW,** this 7th day of January, 2009, the Motion for Leave to File a Reply to Brief in Opposition and the Petitions for Allowance of Appeal are hereby **DENIED.**